NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000757
10-SEP-2014
09:04 AM**

NO. CAAP-14-0000757

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DISCOVER BANK, Plaintiff-Appellee, v.
DARLENE LEE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC10-1-12007)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On April 11, 2014, Defendant-Appellant Darlene Lee (Appellant) filed a notice of appeal;

(2) The record on appeal was filed on June 3, 2014, and the appellate clerk informed Appellant that the statement of jurisdiction was due by June 13, 2014 and the opening brief was due by July 14, 2014;

(3) Appellant did not file either document;

(4) On August 14, 2014, the appellate clerk informed Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on August 25, 2014, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction and opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, September 10, 2014.

Chief Judge

Associate Judge

Associate Judge